JUDGE JOHN W DARRAH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
MAGISTRATE JUDGE NOLAN
EASTERN DIVISION

UNITED STATES OF AMERICA )  No. **07CR 816**
 )
v. ) Violation: Title 26, United States Code,
 ) Section 7212(a)
THOMAS SHUMATE )

**FILED**

DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. THOMAS SHUMATE was the sole owner and operator of Propay, Inc., a tax accounting business and S-Corporation doing business at 4262 Old Grand Avenue #B2, Gurnee, Illinois;

   b. THOMAS SHUMATE was responsible, on behalf of Propay's clients, for preparing and filing their tax returns, including the preparation of IRS Form 941, the Employer's Federal Quarterly Tax Return, and for accounting for and paying over any withheld federal income tax and both employee and employer shares of social security and Medicare taxes ("941 Amounts") collected from his clients and due and owing to the Internal Revenue Service ("IRS").

2. On or about October 29, 2004, in the Northern District of Illinois, Eastern Division,

THOMAS SHUMATE,

defendant herein, who conducted business as a taxpayer representative, and who, during the third quarter of the year 2004, did corruptly obstruct and impede the due administration of internal revenue laws, by obtaining $107,193 in 941 Amounts from Employer A, by wilfully filing a false IRS Form 941, by only paying $89,310 to the IRS and by diverting $17,883.81 for his own purposes,

In violation of Title 26, United States Code, Section 7212(a).

### COUNT TWO

The UNITED STATES ATTORNEY further charges:

1. Paragraph 1 of Count One of this information is realleged and incorporated as though fully set forth herein.

2. On or about October 29, 2004, in the Northern District of Illinois, Eastern Division,

THOMAS SHUMATE,

defendant herein, who conducted business as a taxpayer representative, and who, during the third quarter of the year 2004, did corruptly obstruct and impede the due administration of internal revenue laws, by obtaining $47,660 in 941 Amounts from Employer B, by wilfully filing a false IRS Form 941, by only paying $38,985 to the IRS and by diverting $8,675 for his own purposes,

In violation of Title 26, United States Code, Section 7212(a).

_____
UNITED STATES ATTORNEY