

07CR 816

JUDGE JOHN W. DARRAH    UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE NOLAN NORTHERN DISTRICT OF ILLINOIS

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**FILED**

DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints?  **NO**
    If the answer is "Yes", list the case number and title of the earliest filed complaint:

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **NO**
    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3)  Is this a re-filing of a previously dismissed indictment or information?  **NO**
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  **NO**
    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?   **NO**

6)  What level of offense is this indictment or information?  **FELONY**

7)  Does this indictment or information involve eight or more defendants?   **NO**

8)  Does this indictment or information include a conspiracy count?   **NO**

9)  Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
    Liquor, Internal Revenue Laws  (IV)

10)  List the statute of each of the offenses charged in the indictment or information.

26 U.S.C. § 7212(a)

Lisa Noller
Assistant United States Attorney