Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to the Information dated 12/06/07. Defendant informed of his rights. Government and defendant agree on certain conditions of release. Arraignment proceedings held. Defendant waives formal reading of the Information and enters a plea of not guilty. Rule 16 conference to be conducted by 01/07/08. Pretrial motion(s) to be filed by 01/14/08. Response(s) to be filed by 01/22/08. Reply brief(s) are due by 01/28/08. Ruling before Judge Darrah is set for 02/12/08 at 9:45 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|