AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
**DEC 2 0 2007**

# UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

THOMAS SHUMATE

**WAIVER OF INDICTMENT**

**CASE NUMBER**: 07 CR 816

I, __Thomas Shumate__, the above named defendant, who is accused of violations of 26 U.S.C. § 7212(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 20, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before __Nan R. Nolan__
*Judicial Officer*