# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 1/7/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 1/22/08 at 10:00 a.m. for defendant Thomas Shumate. In the interests of justice, time is ordered excluded from 12/20/07 to 1/22/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|