Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

## DOCKET ENTRY TEXT

Change of plea hearing held as to defendant Thomas Shumate. Defendant withdraws his plea of not guilty and enters a plea of guilty to counts one and two of the information. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the probation office for a presentence investigation report. Sentencing set for 4/16/08 at 1:00 p.m.

Docketing to mail notices.

00:30

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|