UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07-CR 816 |
| vs. | ) | Judge John W. Darrah |
| | ) | |
| | ) | |
| | ) | |
| THOMAS SHUMATE | ) | |

AGREED MOTION TO REVOKE BOND

Now comes the defendant, Thomas Shumate, by and through his attorney, Theodore A. Sinars and moves this Court to enter an order revoking his bond and in support thereof states as follows:

1.    Counsel for the defendant has been advised that the United States Attorney's Office has no objection to the granting of this motion.

2.    On January 22, 2008, pursuant to a plea agreement filed with this Court, Thomas Shumate entered a plea of guilty to two counts in violation of 26 U.S.C. section 7212. Sentencing has been set for April 16, 2008 at 1:00 pm.

3.    On January 22, 2008, defendant met with the United States Probation Office and gave a full interview and his financial information.

4.    Per the plea agreement, the Federal Sentencing Guideline calculation defined by the government would be a level 21 [37-46 months] and by the defense as a level 19 [30-37 months].

5.  While the defendant will seek a lesser sentence of imprisonment at the time of sentencing, the defendant acknowledges he expects to receive a term of imprisonment as part of his sentence.  Thomas Shumate currently is 55 years of age, single, with minimal income from a part time job and has minimal financial assets.  He has cooperated with the Internal Revenue Service and the United States Attorneys Office in giving statements and documents and for almost one year has sought to expedite the process of his charges and sentencing.  Mr. Shumate seeks to begin serving his expected term of imprisonment currently rather than waiting another three or more months for sentencing by this Court and then assignment by the Bureau of Prisons to an appropriate facility.

6.  The United States Marshall's Office requires that an order be entered revoking the defendant's bond before he can surrender himself to the custody of the Marshall's Office.

Wherefore the defendant prays that this Court enter an order revoking his bond and ordering that he surrender to the Marshall's office at 230 South Dearborn St. no later than 4:00 pm Wednesday February 6, 2008.

> Respectfully submitted,
>
> _s/ Theodore A. Sinars
> Attorney for Defendant

Madden, Jiganti, Moore & Sinars
190 South LaSalle Street
Suite 1700
Chicago, Illinois 60603
312/346-4101

CERTIFICATE OF SERVICE

    I, Theodore A. Sinars, on oath state that on January 30, 2008, I served a copy of the foregoing Agreed Motion to Revoke Bond and Notice of Motion thereof upon Assistant United States Attorney Lisa Noller, 219 South Dearborn St., 5th Floor, Chicago, Illinois 60604 by messenger delivery.

                                        s/ Theodore A. Sinars