UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No.  07-816 |
| vs. | ) | Judge John W. Darrah |
| | ) | |
| | ) | |
| THOMAS SHUMATE | ) | |

NOTICE OF MOTION

TO:   Lisa Noller
      United States Attorneys Office
      210 South Dearborn St., 5th Floor
      Chicago, Illinois 60604

   NOTICE is hereby given that Thomas Shumate, by and through his attorney, Theodore A. Sinars, will appear before the Honorable John W. Darrah in his 12th floor courtroom at 219 South Dearborn St., Chicago, Illinois, on the 5th day of February, 2008, at 9:00 am., to present the attached AGREED MOTION TO REVOKE BOND, a copy of which is hereby served upon you.


                                      s/ Theodore A. Sinars
                                      Madden Jiganti Moore & Sinars
                                      190 South LaSalle St. Suite 1700
                                      Chicago, Illinois 60603
                                      312/ 346-4101