# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

Motion by counsel for the defendant to revoke bond [8] is granted. Defendant Thomas Shumate will voluntarily surrender to the U.S. Marshals.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|