# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

In court hearing set for 2/12/08 at 9:45 a.m. is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Case 1:07-cr-00816 Document 16 Filed 02/07/2008 Page 1 of 1

07CR816 - 1 USA vs. Thomas Shumate Page 1 of 1