# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

Sentencing set for 4/16/08 at 1:00 p.m. is re-set to 4/16/08 at 10:00 a.m. for defendant Thomas Shumate.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Case 1:07-cr-00816     Document 18     Filed 04/14/2008     Page 1 of 1

07CR816 - 1 USA vs. Thomas Shumate     Page 1 of 1