# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

The Government is granted an extension of time to file a reply to the defendant's sentencing memorandum by 4/25/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|