# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 816 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Thomas Shumate | | |

**DOCKET ENTRY TEXT**

Defendant's oral motion to reinstate the bond is granted. Defendant's bond is hereby reinstated and he can be released after processing from the Kankakee County Jail, forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|